IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRED MITCHELL, ) | |
| ) | Case No.: 3:15-cv-1508 |
| Plaintiff, ) | |
| ) | JUDGE TRAUGER |
| v. ) | MAGISTRATE JUDGE BROWN |
| ) | |
| DAVIDSON TRANSIT ORGANIZATION, ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

## ~~PROPOSED~~ ORDER OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Produce 41, Plaintiff Fred Mitchell and Defendant Davidson Transit Organization have filed a Joint Motion to Dismiss With Prejudice, and have requested that the Court dismiss all of Plaintiff's claims against Defendant Davidson Transit Organization with prejudice.

IT IS, THEREFORE, ORDERED that all of Plaintiff's claims against Defendant Davidson Transit Organization are hereby DISMISSED with prejudice.

Signed this __20th__ day of __December__, 2016 ~~, 2017~~

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*Fred L. Mitchell* (signature)

Fred Mitchell (*pro se*)
802 Jay Court
Smyrna, TN 37167
dofredmit@aol.com

s / *Daniel G. Fritz*
Daniel G. Fritz (*admitted Pro Hac Vice*)
MCMAHON BERGER P.C
2730 N. Ballas Road, Suite 200
St. Louis, Missouri 63131
Phone: (314) 567-7350
fritz@mcmahonberger.com


s / *Matthew C. Lonergan*
Matthew C. Lonergan, BPR No. 10798
John P. Rodgers, BPR No. 30324
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division St., Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
Phone: (615) 252-2322
Facsimile: (615) 252-6322
mlonergan@bradley.com
jrodgers@bradley.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via U.S. Mail, postage prepaid, this 16th day of December 2016, to:

Fred Mitchell
802 Jay Court
Smyrna, TN 37167

s/ *Matthew C. Lonergan*
Matthew C. Lonergan