# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

Fred Mitchell

                Plaintiff,

v.                               Case No.: 3:15−cv−01508

Davidson Transit Organization

                Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 12/20/2016 re [24].

                                                      Keith Throckmorton, Clerk
                                                      s/ Alia D. Morgan, Deputy Clerk